UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MUFFIN ANDERSON,<br><br>        Plaintiff,<br><br>        v.<br><br>JP Morgan Chase & Co., a corporation; SELECT PORTFOLIO SERVICING, INC., a Utah Corporation; QUALITY LOAN SERVICE CORPORATION, a California Corporation; and DOES 1 THROUGH X, inclusive,<br><br>        Defendants. | No. 2:18-cv-00073-RSM<br><br>**ORDER GRANTING RENEWED STIPULATED MOTION TO EXTEND TRIAL SCHEDULE** |

THIS MATTER came before the Court pursuant to a renewed joint motion by Plaintiff and Defendant Select Portfolio Servicing, Inc. ("SPS") to extend the trial date and related pre-trial dates in accordance with the schedule set forth below. Having considered the stipulated motion, the Court finds that there is good cause to extend the trial date and related pre-trial dates as requested in the renewed joint motion as follows:

//

//

//

//

ORDER GRANTING RENEWED STIPULATED MOTION TO EXTEND
TRIAL DATE AND RELATED PRE-TRIAL DATES
(No. 2:18-cv-00073-RSM) - 1

|  | **New Deadlines** |
|---|---|
| Motions in limine | 5/6/19 |
| Agreed pretrial order | 5/22/19 |
| Trial briefs, jury instructions, etc. | 5/29/19 |
| Trial (5-7 days, jury) | 6/3/19 |

IT IS SO ORDERED this 27th day of December, 2018.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING RENEWED STIPULATED MOTION TO EXTEND
TRIAL DATE AND RELATED PRE-TRIAL DATES
(No. 2:18-cv-00073-RSM) - 2

99616608.1 0052161-05596