|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON | |
| MUFFIN ANDERSON,<br><br>               Plaintiff,<br><br>   v.<br><br>JP Morgan Chase & Co., a corporation; SELECT PORTFOLIO SERVICING, INC., a Utah Corporation; QUALITY LOAN SERVICE CORPORATION, a California Corporation; and DOES 1 THROUGH X, inclusive,<br><br>               Defendants. | No. C18-73 RSM<br><br>**STIPULATED MOTION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

## **STIPULATION**

Plaintiff Muffin Anderson and Defendant Select Portfolio Servicing, Inc. ("SPS") stipulate to dismissal of remaining claims under the First Amended Complaint with prejudice and without an award of fees or costs to any party. No claims remain for resolution.

STIPULATED MOTION AND ORDER FOR
DISMISSAL WITH PREJUDICE - 1
(No. 2:18-cv-00073-RSM)

100689989.1 0052161-05596

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
Telephone (206) 624-0900

1   DATED: March 12, 2019.

2

3   /s/ Vanessa S. Power                    /s/ Darryl Parker
    Vanessa Soriano Power, WSBA No. 30777    Darryl Parker, WSBA No. 30770
4   KC Harding, WSBA No. 51291               CIVIL RIGHTS JUSTICE CENTER, PLLC
    STOEL RIVES LLP                           2150 North 107th St. Ste. 520
5   600 University Street, Suite 3600            Seattle, WA 98133
    Seattle, WA 98101                         Telephone: 206-577-7719
6   Telephone: 206-624-0900                  Email: parker@civilrightsjusticecenter.com
    Email: vanessa.power@stoel.com
7   Email: kc.harding@stoel.com               *Attorneys for Plaintiff Muffin Anderson*

8   *Attorneys for Defendant Select Portfolio*
9   *Servicing, Inc.*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATED MOTION AND ORDER FOR
DISMISSAL WITH PREJUDICE - 2
(No. 2:18-cv-00073-RSM)

**ORDER**

This matter came before the Court on the parties' stipulation. Based on the stipulation and the pleadings and records on file, IT IS ORDERED that the Stipulation to Dismiss with Prejudice is GRANTED. Plaintiff's claims against Defendant SPS are dismissed with prejudice and without costs or attorneys' fees to either party.

DATED this 14th day of March 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

STOEL RIVES LLP

s/ Vanessa Power
Vanessa Soriano Power, WSBA No. 30777
vanessa.power@stoel.com

600 University Street, Suite 3600
Seattle, WA 98101
Telephone: (206) 624-0900
Facsimile: (206) 386-7500

Attorneys for Defendant
Select Portfolio Servicing, Inc.

STIPULATED MOTION AND ORDER FOR
DISMISSAL WITH PREJUDICE - 3
(No. 2:18-cv-00073-RSM)

100689989.1 0052161-05596

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
Telephone (206) 624-0900